In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 21-10550

Non-Argument Calendar

_____

JEREMY JOHN WELLS,

Plaintiff-Appellant,

*versus*

WARDEN,
CLIFFORD BROWN,
Unit Manager,
FNU FLUKER,

Defendants-Appellees.

_____

2                   Opinion of the Court                   21-10550

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:20-cv-00097-JRH-BKE

_____

Before WILLIAM PRYOR, Chief Judge, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, and BRASHER, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.